**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed September 24, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00850-CV

## IN RE RICHARD PARKER, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-13073**

## MEMORANDUM OPINION

On October 22, 2014, relator Richard Parker filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Schmude, presiding judge of the 247th District Court of Harris County, to order his release from an allegedly void confinement in the Harris

County Jail for contempt based on an order issued by the 247th District Court of Harris County.

On September 8, 2015, relator filed a motion asking this court to dismiss his petition for writ of habeas corpus because the parties to the underlying litigation have resolved all issues and the commitment order has been withdrawn by the trial court at the request of the parties.

Accordingly, we dismiss relator's petition for writ of habeas corpus.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.